**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------X

ROBERTO ISLAS DURAND, individually, and on behalf of all others similarly situated,

Plaintiff,

25 **CIVIL** 1887 (MMG)

-against-

**JUDGMENT**

IMPERIAL PARKING (U.S.), LLC,

Defendant.

-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 23, 2026, Defendant's motion to dismiss is GRANTED, and the complaint is dismissed. Accordingly, judgment is hereby entered in favor of Defendant and the case is closed.

**Dated:** New York, New York

September 25, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** ____________________

**Deputy Clerk**